IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MAURY SCHUH                                                          PLAINTIFF

V.                                              CAUSE NO.: 1:13CV101-SA-DAS

TOWN OF PLANTERSVILLE, MISSISSIPPI                        DEFENDANT


FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion for Summary

Judgment [44] is GRANTED, Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 22nd day of August, 2014.

                                        **/s/ Sharion Aycock**
                                        **U.S. DISTRICT JUDGE**